JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEHANE, | Case No. CV 12-8184 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE BOEING CO., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motion, IT IS ADJUDGED that the above captioned case is dismissed with prejudice.

Dated this 6th day of January, 2015.

/s/
Fernando M. Olguin
United States District Judge